DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:00-CR-00082(JKS) |
|---|---|
| Plaintiff, | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
|  | ) ISSUANCE OF WRIT OF EXECUTION |
| DOUGLAS LINCOLN, | ) ON PERMANENT FUND DIVIDEND |
| Defendant. | ) |

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1. Judgment for $24,607.43 was imposed on December 20, 2000, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against DOUGLAS LINCOLN as judgment debtor.

2. I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was represented by counsel.

4. The judgment entered is not a default judgment.

5.   ACCRUED since the entry of judgment are the following sums:

$6,174.60 accrued interest, computed at 5.34%.

$150.00   accrued costs.

6.   CREDIT must be given for payments and partial satisfaction in the total amount of:

| | |
|---|---|
| $4,922.80 | which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of: |
| 7.  $26,009.23 | ACTUALLY DUE on May 24, 2006. Of this total, $19,684.63 is the amount of the original judgment as entered, which still remains due and bears interest at 5.34% in the amount of $2.87 per day from this date. |

8.   The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.   The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10.  This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to 100% of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

U.S. vs. DOUGLAS LINCOLN
Case No.: 3:00-CR-00082(JKS)

2

DATED this 6th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*/s/ Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 6th day of June, 2006, at Anchorage, Alaska.

*/s/ Traci Ross*
NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/06

U.S. vs. DOUGLAS LINCOLN
Case No.: 3:00-CR-00082(JKS)